B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Middle District of Pennsylvania

In re  Deborah D. Lukens & Frank G. Lukens  ,                Case No.  24-00400-HWV

## TRANSFER OF SERVICING FOR CLAIM #18

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the servicing transfer, for security, of the claim referenced in this evidence and notice.

| New Servicer | Old Servicer |
|---|---|
| TH MSR Holdings LLC<br>c/o RoundPoint Mortgage Servicing, LLC<br>**Name of Transferee** | Matrix Financial Services Corporation<br>c/o RoundPoint Mortgage Servicing, LLC<br>**Name of Transferor** |

Name and Address where notices to transferee should be sent:
Roundpoint Mortgage Servicing LLC
446 Wrenplace Road
Fort Mill, SC 29715

Court Claim # (if known):  18
Amount of Claim:  $111,285.38
Date Claim Filed:  04/30/2024

Phone:  877-426-8805
Last Four Digits of Acct #:  3276

Phone:  877-426-8805
Last Four Digits of Acct. #:  3276

Name and Address where transferee payments should be sent (if different from above):
Roundpoint Mortgage Servicing LLC
P.O. Box 19409
Charlotte, NC 28219-9409

Phone:  877-426-8805
Last Four Digits of Acct #:  3276

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/ Sherri J. Smith                                   Date:  09/10/2024
         Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.